# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eddie J. Kramer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aero-Motion, Inc., | ) | Case No. 1:18-cv-123 |
| | ) | |
| Defendant. | ) | |

The court shall a status conference with the parties by telephone on June 18, 2019, at 10:00 a.m. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of June, 2019.

                                                              */s/ Clare Hochhalter*
                                                             Clare Hochhalter, Magistrate Judge
                                                             United States District Court