# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Eddie J. Kramer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aero-Motion, Inc., | ) | Case No. 1:18-cv-123 |
| | ) | |
| Defendant. | ) | |

On May 31, 2019, plaintiff filed a Request to Reset Trial Date and Modify Trial Management Deadlines. On June 18, 2019, the court held a status conference with the parties. Pursuant to its discussion with the parties, the court **GRANTS** plaintiff's request (Doc. No. 9). The final pretrial conference set for December 30, 2019, shall be rescheduled for April 13, 2020, at 11:00 a.m. by telephone before the Magistrate Judge. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The jury trial set for January 13, 2020, shall be rescheduled for April 20, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #1). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court